UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 3:25-cr-90/TKW

ZACKERY CHASE BRUNSON,

    Defendant.
_____/

## ACCEPTANCE OF PLEA OF GUILTY

    Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, ZACKERY CHASE BRUNSON, to Count One of the indictment is hereby **ACCEPTED**. All parties will appear before this Court for sentencing as directed.

    **DONE AND ORDERED** this 14th day of August, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**